**Bonnie Allen-Sailer,** OSB #145178
bonnie@nwjp.org
**Corinna Spencer-Scheurich,** OSB #130147
corinna@nwjp.org
Northwest Workers' Justice Project
812 SW Washington St, Suite 225
Portland, OR 97205
Telephone: (503) 525-8454
Facsimile: (503) 946-3029

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **HUGO GONZALEZ PEREZ**, an individual,<br><br>        Plaintiff,<br><br>                v.<br><br>**PAVILION CONSTRUCTION NW LLC**, a domestic limited liability company, **PAVILION PROPERTIES, LLC**, a domestic limited liability company, d.b.a. Pavilion Construction, LLC, **P R DRYWALL LLC**, a domestic limited liability company,<br><br>        Defendants. | Civil No.: 3:15-cv-2114-KI<br><br>NOTICE OF ADDRESS CHANGE |

Bonnie Allen-Sailer and Corinna Spencer-Scheurich, counsel for Plaintiff, file this Notice of Address Change in the above captioned case. The new address is as follows (please note that the only change in the address is to the suite number):

NOTICE OF ADDRESS CHANGE                                                                                       PAGE 1

Bonnie Allen-Sailer
Corinna Spencer-Scheurich
Northwest Workers' Justice Project
812 SW Washington St, Suite 225
Portland, Oregon 97205
Telephone: (503) 525-8454
Facsimile: (503) 946-3029

Respectfully submitted this 4th day of December, 2015.

/s/ Bonnie Allen-Sailer
**Bonnie Allen-Sailer**, OSB #145178
bonnie@nwjp.org
Northwest Workers' Justice Project
812 SW Washington St, Suite 225
Portland, OR 97205
Telephone: (503) 525-8454
Facsimile: (503) 946-3029

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

      I, Bonnie Allen-Sailer, hereby certify that on December 4, 2015, I delivered a true copy of the foregoing document on counsel for the Defendants as follows:

Via email to:

Angela Otto
aotto@balljanik.com

Ball Janik LLP
101 SW Main Street, Suite 1100
Portland, Oregon  97204

Attorney for Defendants Pavilion Construction NW LLC and Pavilion Properties, LLC


Todd Schwartz
tschwartz@ria-law.com

Schwartz Law Group
470 2nd Street, Suite C
Lake Oswego, Oregon  97034

Attorney for Defendant P R Drywall LLC



                          /s/  Bonnie Allen-Sailer
                          **Bonnie Allen-Sailer**